Christian H. Dribusch
Chapter 7 Trustee
187 Wolf Road, Suite 300-20
Albany, NY 12205
(518) 227-0026

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                  Chapter 7

JOHN F. CAMPBELL                               Case No. 23-35668 (kyp)

                                *Debtor*.

-------------------------------------------------------------X

## TRUSTEE RESPONSE TO DEBTOR MOTION TO

## ABANDON PROPERTY OF THE BANKRUPTCY ESTATE

Christian H. Dribusch, the chapter 7 trustee to the bankruptcy estate of John F. Campbell (the "*Debtor*"), respectfully responds to the Debtor motion pursuant to §554 of Title 11 of the United States Code ("*Bankruptcy Code*") and Rule 6007(a) of the Federal Rules of Bankruptcy Procedure requesting that the bankruptcy estate abandon the Debtor bankruptcy estate's interest in the "Litigious Right" more particularly described under paragraph 2 of the Debtor motion to abandon.

## JURISDICTION

1. This matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A). This Court has jurisdiction over the parties and subject matter of this abandonment pursuant to 28 U.S.C. § 157 and § 1334.

## BACKGROUND

2. On August 11, 2023, the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York (the "*Bankruptcy Court*").

3. The Debtor has disclosed that the Debtor bankruptcy estate has an interest in the Litigious Right.

4. Based upon my review of the Litigious Right, the materials and arguments provided to me by Debtor, my review of the applicable law including Bankruptcy Code §541 and Louisiana Civil Code Tit. VII, Article 2652, I have concluded that administration of the Litigious Right would result in a minimal amount, if any, being available to the Debtor bankruptcy estate for distribution to parties in interest.

5. To further administration of the Debtor bankruptcy estate and allow the Debtor the opportunity to pursue the Litigious Right, I have no objection to it being abandoned, <u>provided, however,</u> that any abandonment is properly noticed on the parties in interest. Upon information and belief, the Debtor motion for abandonment has not been properly noticed.

**WHEREFORE**, I submit that subject to proper notice, the proposed abandonment meets the parameters for approval under 11 U.S.C. 554.

Dated: February 11, 2025          Respectfully submitted,

By: */s / Christian H. Dribusch*
Chapter 7 Trustee
cdribusch@chd-law.com

# CERTIFICATE OF SERVICE

**CHRISTIAN H. DRIBUSCH**, certifies:

I am over the age of 18 years and reside in Delmar, New York. On February 11, 2025, I sent the trustee response to John F. Campbell motion filed under ECF #345 as follows:

John F. Campbell at john@johnfcampbell.com

John F. Campbell
60 Campbell Road
Livingston Manor, NY 12758

On February 11, 2025, the trustee response was also served upon the parties who appear on the ECF/PACER for the case.

/s/ Christian H. Dribusch
Christian H. Dribusch